UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JUAN A. RIBOT-SANTANA,
a/k/a "Cariño",

    Plaintiff,

v.

ZOE LABOY-ALVARADO, et al.,

    Defendants.

Civil No. 98-2049 (JAG)

### ORDER

The Clerk will issue summons against all defendants named in the pro-se complaint, Docket Document No. 1. The United States Marshal will serve copy of the summons and complaint **within thirty (30) days.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 29th day of June, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)