UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1  JUAN A. RIBOT-SANTANA,
2  a/k/a "Cariño",

3      Plaintiff,                          Civil No. 98-2049 (JAF)

4      v.

5
6  ZOE LABOY-ALVARADO, et al.,

7      Defendants.

8  ------------------------------------



9

10                         **O R D E R**

11      Plaintiff, Juan A. Ribot-Santana, a/k/a "Cariño", an inmate at

12  the Río Piedras State Penitentiary, brings this pro-se 42 U.S.C.

13  § 1983 action requesting immediate injunctive relief alleging a

14  physical assault by Officer Llaurador on December 16, 1997, in

15  violation of 28 U.S.C. § 1915(g). We previously dismissed a number

16  of other claims made by Plaintiff and granted him permission to

17  proceed *in forma pauperis*. See Docket Document No. 7. Plaintiff now

18  moves for reconsideration of our previous Opinion and Order and

19  demands judgment in the instant case. See Docket Document No. 8.

20      Plaintiff, however, does not state a cognizable claim in his

21  motion. We are unable to decipher what Plaintiff is alleging. While

22

23  we recognize that Plaintiff is proceeding *pro se*, we are simply

24  unable to make sense out of the current motion. It appears that

25  Plaintiff now alleges denial of timely receipt of our Opinions and

26

Civil No. 98-2049 (JAF)                                              2–

Orders, and denial of access to personal property.  However, we do

not know who allegedly is denying Plaintiff access to our Opinions

and Orders or what personal property Plaintiff alleges is being

withheld.  Accordingly, we **DENY** Plaintiff's motion.  This Order

disposes of Docket Document No. 8.

> **IT IS SO ORDERED.**

San Juan, Puerto Rico, this            29th            day of June, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)