UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JUAN A. RIBOT-SANTANA,
a/k/a "Cariño",

    Plaintiff,

v.

ZOE LABOY-ALVARADO, et al.,

    Defendants.

Civil No. 98-2049 (JAF)

O R D E R

    The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

    Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, this 12th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)