UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN RIBOT CARIÑO

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2049 (JAG)

ZOE LABOY ALVARADO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/28/00<br>**Title:** Motion Requesting Enlargement of Time to Answer or Otherwise Plead<br>**Docket:** 13<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** The appearing co-defendant shall have until October 13, 2000 to answer or otherwise plead. |

Date: 09/06/00

JAY A. GARCIA-GREGORY
U.S. District Judge