UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN RIBOT CARIÑO

Plaintiff(s)

v.  CIVIL NUMBER: 98-2049 (JAG)

ZOE LABOY ALVARADO

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 09/13/00<br>Title: Motion Requesting Enlargement of Time to Answer or Otherwise Plead<br>Docket: 19<br>[ ]Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge