UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 OCT 18 AM 8 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

JUAN RIBOT CARIÑO

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-2049 (JAG)

ZOE LABOY ALVARADO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/03/00<br>**Title:** Motion Requesting Enlargement of Time to Answer or Otherwise Plead (by codefendant Nydia Cotto)<br>**Docket(s):** 21<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | Defendant is hereby given until November 3, 2000 to file an answer or otherwise responsive pleading. |

**Date:** October 17, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge