UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN RIBOT CARIÑO

**Plaintiff(s)**

v.

CIVIL NUMBER: 98-2049 (JAG)

ZOE LABOY ALVARADO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/27/00<br>**Title:** Motion Requesting Enlargement of Time to Answer or Otherwise Plead (by codefendant Zoe Laboy)<br>**Docket(s):** 25<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

**Date:** November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge