UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN RIBOT CARIÑO

    **Plaintiff(s)**

    v.                      **CIVIL NUMBER:** 98-2049 (JAG)

ZOE LABOY ALVARADO

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/26/01<br>**Title:** Motion to Withdraw and Request for Extension of Time<br>**Docket(s):** 30<br>[ ] **Plff(s)**  [ x ] **Dft(s)**  [ ] **Other** | **GRANTED.** The Justice Department will designate new counsel on or before October 29, 2001. |

**Date:** October 16, 2001

                            JAY A. GARCIA-GREGORY
                            U.S. District Judge

