# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JUAN RIBOT-CARIÑO

    **Plaintiff**

    v.

ZOE LABOY, et als.

    **Defendants**

CIVIL NO. 98-2049 (JAG)



## JUDGMENT

Based on the Opinion and Order of this date, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day March 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge



